**Order entered May 5, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01258-CV**

**LINDA HENDERSON AND/OR ALL OTHER OCCUPANTS OF 1225 KENSINGTON DR. DESOTO, TX 75115, Appellant**

**V.**

**FREEDOM MORTGAGE CORPORATION, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04797-D**

**ORDER**

Before the Court is appellant's May 4, 2020 second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **June 3, 2020**. We caution appellant that further extension requests will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE